*C. A. Stephens*, for Plaintiff in Error;

*S. S. Sanford*, for Defendant in Error.

---

R. C. Delbridge, Appellant, v. John E. Cook and Joseph Cook, Appellees.

Filed May 24, 1916.

Appeal from Circuit Court, Hillsborough County; F. M. Robles, Judge.

Decree affirmed.

*Hilburn & Bull*, for Appellant;

*H. S. Hampton*, for Appellees.

---

Hicks Allen, Plaintiff in Error, v. W. A. Guyton and C. H. Moore, partners doing business as Guyton & Moore, Defendants in Error.

Filed May 31, 1916.

Writ of Error to Circuit Court, Dade County; J. H. Swink, Judge *ad litem.*

Judgment affirmed.

*Hudson, Wolfe & Casen*, for Plaintiff in Error;

*J. L. Billingsley*, for Defendants in Error.